IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00265–CMA–KMT

SUZIE BALTAZAR,
DIANE BALTAZAR, and
ALEJANDRO PEREZ,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
ROBERT REDARTE, and
OTHER UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion for Leave to File Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B)" (Doc. No. 18, filed June 30, 2011) is DENIED for failure to confer, as is required under D.C.COLO.LCivR 7.1A., and for failure to comply with Rule V.5.3A of the Electronic Case Filing Procedures (Civil Cases) for the United States District Court - District of Colorado.

The "Amended Complaint and Jury Demand" (Doc. No. 19, filed June 30, 2011) is STRICKEN. Plaintiffs may refile their motion to amend the complaint, complying with all applicable rules and attaching the proposed amended complaint to the motion.

Dated: June 30, 2011