**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00265-CMA-KMT

SUZIE BALTAZAR,
DIANE BALTAZAR, and
ALEJANDRO PEREZ,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
ROBERT REDARTE, and
OTHER UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING AUGUST 26, 2011 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on United States Magistrate Judge Kathleen M. Tafoya's August 26, 2011 Recommendation (Doc. # 33) concerning Plaintiffs' Motion to for [sic] Leave to File Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) (Doc. # 22).  In their motion, Plaintiffs sought to amend their Second Claim for Relief to substitute the previously named "Other Unknown Agents of the Federal Bureau of Investigation" with the names of individual FBI agents.  (Doc. # 22 at 1.) In addition, Plaintiffs moved to "eliminate the third claim of relief for the intentional infliction of emotional distress."  (*Id.*)  The Magistrate Judge recommended that Plaintiffs' Motion be denied to the extent that Plaintiffs moved to add the names of

individual FBI agents and granted to the extent that Plaintiffs moved to eliminate their third claim of relief.  (Doc. # 33 at 7-8.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (Doc. # 33 at 8-9.)  Despite this advisement, no objections to the Magistrate Judge Mix's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

The Court has reviewed all the relevant pleadings concerning Plaintiffs' Motion to Amend the Complaint and the Recommendation.  Based on this review, the Court concludes that the Magistrate Judge's analyses and recommendations are correct and that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72 advisory committee's note.  Therefore, the Court ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of Magistrate Judge Tafoya is AFFIRMED and ADOPTED.  It is further ORDERED that Plaintiffs' Motion to

for [sic] Leave to File Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), (Doc. # 22), is GRANTED IN PART and DENIED IN PART as follows:

1.  Plaintiffs' Motion is DENIED to the extent Plaintiffs seek to amend their Second Claim for Relief to substitute the previously named "Other Unknown Agents of the Federal Bureau of Investigation" with the names of FBI Task Force Officers Thomas Storey and Matt Richardson, and FBI Special Agents Jeff Schirmer, Joseph Hunt, and Steven Smith, and to assert claims against these FBI officers and agents; and

2.  Plaintiffs' Motion is GRANTED to the extent Plaintiffs seek to eliminate their Third Claim for Relief for Intentional Infliction of Emotional Distress.

DATED:  October __04__, 2011

BY THE COURT:

_[signature]_

_____
CHRISTINE M. ARGUELLO
United States District Judge